**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISHA GOODISON,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MOLINA HEALTHCARE, INC., et al.,<br><br>　　　　Defendant(s). | Case No.　CV-17-7472-R<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR LACK OF PROSECUTION** |

　　　Plaintiff was ordered to show cause in writing by not later than **July 3, 2018** why this action should not be dismissed for lack of prosecution;

　　　WHEREAS, this period has elapsed without any action by plaintiff.

　　　The Court hereby DISMISSES WITHOUT PREJUDICE this instant action for lack of prosecution.

Dated: July 5, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE